UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH LITIGATION     14-MD-2543 (JMF)

*This Document Relates To:*     ORDER
*Vest v. General Motors, LLC, 14-CV-7475*

---------------------------------------------------------------------x

JESSE M. FURMAN, United States District Judge:

In light of New GM's response to Plaintiff's motions, *see* 14-MD-2543, ECF No. 7391; 14-CV-7475, ECF No. 254, Plaintiff's motions are GRANTED. The deadline for Plaintiff Jason Vest, individually and as a representative of the estate of Keisha Vest and Unborn Child Vest, to file a motion to vacate the September 23, 2019 Order (14-MD-2543, ECF No. 7183; 14-CV-7475, ECF No. 245), is hereby EXTENDED, *nunc pro tunc*, to November 8, 2019. Plaintiff's motion to vacate the Court's September 23, 2019 Order, as it applies to Plaintiff, is GRANTED. New GM's motion to dismiss Plaintiff's claims with prejudice is DENIED.

The Clerk of Court is directed to terminate 14-MD-2543, ECF No. 7341 and 14-CV-7475, ECF Nos. 247, 249, and 250.

SO ORDERED.

Dated: November 14, 2019
      New York, New York           _____
                                   JESSE M. FURMAN
                                  United States District Judge